UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY EUGENE MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:05-cv-1801-JDT-TAB |
| ) | |
| STATE OF INDIANA, DEPARTMENT ) | |
| OF WORKFORCE DEVELOPMENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 1/03/2006

John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Copies to:

Anthony Eugene Miller
3090 Overlook Road
Memphis, TN 38128